UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/ Distribution less than $5 for Deposit

Debtor: **ANIKWUE, CHARLES & MARY**

Chapter 13 Case No. **04-50889**
jointly administered

Please Check One:
_X_ Unclaimed Dividends
___ Distribution Less than $5

RECEIVED
2009 NOV 30 AM 9: 44
U.S. BANKRUPTCY COURT
DULUTH, MN

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| LASALLE NATIONAL BANK ET AL C/O EMC MORTGAGE COPRPORATION PO BOX 225749 IRVING, TX 75014-1358 | 6 | $199,031.46 | $2,857.64 |

TOTAL TO CLERK'S FUND                                     $2,857.64

**November 25, 2009**                    /s/ Kyle L Carlson
DATE                                     TRUSTEE

31987
11-30-09

# Kyle L. Carlson

Chapter 12 & 13 Bankruptcy Trustee

55 2nd Avenue SW, P.O. Box 519, Barnesville, MN 56514
Phone: 218-354-7356   Fax: 218-354-2235
Email: kcarlson@carlsonch13mn.com   Website: www.carlsonch13mn.com

---

November 24, 2009

To Clerk of Bankruptcy Court


RE:   Anikwue, Charles & Mary
      Bankruptcy Case No. 04-50889


In accordance to Local Rule 3011-1(b), I, Kyle L Carlson, bankruptcy trustee in the above mentioned case, has made a reasonable effort to disperse the funds including $2,857.641, creditor disbursements in this case.

A check was sent to the creditor in this case October 26, 2009. The check was returned undeliverable. Calls were made several times, to determine whether it was LaSalle or EMC, of which were both listed on the claim. No answer has been provided as to where the check should be sent.

I feel, that it is in the best interest of the case that funds be dispersed to the Court's registry fund, so case could be closed timely.

Sincerely,

Kyle L. Carlson
Bankruptcy Trustee